# United States Court of Appeals
## For the First Circuit

_____

Nos. 19-1582
     19-1625

UNITED STATES,

Appellant,

v.

NIA MOORE-BUSH, a/k/a Nia Dinzey,

Defendant, Appellee.

_____

Nos. 19-1583
     19-1626

UNITED STATES,

Appellant,

v.

DAPHNE MOORE,

Defendant, Appellee.

_____

Before
Howard, Chief Judge,
Lynch, Thompson, Kayatta, and Barron, Circuit Judges.

_____

**ORDER OF COURT**

Entered: December 9, 2020

A majority of the active judges who are not disqualified have voted to hear this case en banc. Accordingly, the petition for rehearing en banc is granted. In accordance with customary practice, the panel opinion and the concurrence released on June 16, 2020 are withdrawn, and the judgment entered the same date is vacated. See 1st Cir. I.O.P. X(D).

The en banc court will have copies of the parties' previously filed briefs. The parties may file supplemental briefs addressing any questions the parties may wish to address.

Any supplemental briefs should be filed simultaneously on, or before, January 25, 2021, and shall comply with applicable rules concerning format, service, and other requirements. Amici are welcome to submit amicus briefs no later than 7 days after the principal supplemental briefs are filed. Any reply supplemental briefs must be filed no later than 30 days after the amicus brief deadline. Seventeen paper copies of all briefs filed should be provided to the Clerk's Office no later than one business day after the electronic brief is filed.

The en banc hearing will be scheduled for March 23, 2021, at 10:00 am.

By the Court:

Maria R. Hamilton, Clerk

cc: Hon. William G. Young, Robert Farrell, Clerk, United States District Court for the District of Massachusetts, Donald Campbell Lockhart, Randall Ernest Kromm, Amy Harman Burkart, Katharine Ann Wagner, Judith H. Mizner, Joshua Robert Hanye, Alexander A. Berengaut, Trisha Beth Anderson, Matthew R Segal, Jessie J. Rossman, Nathan Wessler, Brett Max Kaufman, Kristin Marie Mulvey, Linda J. Thompson, John M. Thompson